**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____ Chapter **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Terra's Kitchen, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-2669502** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1001 South Lakewood Avenue** **Baltimore, MD 21224-4724** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Baltimore City** County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  **www.terraskitchen.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Terra's Kitchen, LLC**                                    Case number (*if known*) _____
_____
Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

Debtor _____  Relationship _____

District _____  When _____  Case number, if known _____

| Debtor | Terra's Kitchen, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

## ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

.  *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Terra's Kitchen, LLC**
_____
Name

Case number (*if known*) _____

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 23, 2019**
_____
MM / DD / YYYY

**X** **/s/ Brendan Connors**
_____
Signature of authorized representative of debtor

**Brendan Connors**
_____
Printed name

Title   **CFO**
_____

**18. Signature of attorney**

**X** **/s/ Lawrence J. Yumkas**
_____
Signature of attorney for debtor

Date   **September 23, 2019**
_____
MM / DD / YYYY

**Lawrence J. Yumkas 06357**
_____
Printed name

**Yumkas, Vidmar, Sweeney & Mulrenin, LLC**
_____
Firm name

**10211 Wincopin Circle, Suite 500**
**Columbia, MD 21044**
_____
Number, Street, City, State & ZIP Code

Contact phone   **(443) 569-0758**
_____

Email address   **lyumkas@yvslaw.com**
_____

**06357 MD**
_____
Bar number and State

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| TERRA'S KITCHEN, LLC | * | Case No: 19-_____ |
| | | (Chapter 7) |
| Debtor | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Brendan Connors, declare under penalty of perjury that I am the Chief Financial Officer of Terra's Kitchen, LLC, and that the following is a true and correct copy of the resolutions adopted by the members of the Company at a special meeting duly called and held on the 23rd day of September 2019.

"Whereas, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Brendan Connors, Chief Financial Officer of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that Brendan Connors, Chief Financial Officer of this Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be It Further Resolved, that Brendan Connors, Chief Financial Officer of this Company, is authorized and directed to employ Lawrence J. Yumkas and the law firm of Yumkas, Vidmar, Sweeney & Mulrenin, LLC to represent the Company in such bankruptcy case."

Dated_____September 23, 2019_____      _____/s/ Brendan Connors_____
                                                          Brendan Connors

**Fill in this information to identify the case:**

Debtor name __**Terra's Kitchen, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF MARYLAND__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**  **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,513,000.00** |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$6,382,000.00** |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$14,891,000.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Terra's Kitchen, LLC**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **American Express** <br> P. O. Box 1270 <br> Newark, NJ 07101-1270 | 6/28/18, <br> 8/12/19, <br> 8/19/19, <br> 8/26/19 | $8,000.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other **credit card** |
| 3.2. **United Healthcare** <br> c/o UHS Premium Billing <br> P. O. Box 94017 <br> Palatine, IL 60094 | 6/18/19, <br> 8/6/19 | $25,420.42 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other__ |
| 3.3. **Feenix Venture Partners** <br> 777 Third Avenue, 23rd Floor <br> New York, NY 10017 | 6/17/19, <br> 6/21/19, <br> 6/27/19, <br> 7/16/19, <br> 8/15/19, <br> 9/16/19 | $33,844.32 | ■ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other__ |
| 3.4. **Kalpesh Patel** | 6/20/19, <br> 6/28/19, <br> 7/19/19, <br> 7/22/19, <br> 8/5/19 | $8,000.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

Debtor   __Terra's Kitchen, LLC_____   Case number *(if known)* _____

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Jellyfish US Limited v. Terra's Kitchen, LLC<br>24C19003416 | confessed judgment | Circuit Court for Baltimore City | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | Matthew Lopez, individually and on behalf of others similarly situated v. Terra's Kitchen, LLC | class action regarding subscription disclosures | Southern District of California | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Canton Hardware, LLC v. Terra's Kitchen LLC<br>2019014300324535 | landlord/tenant | District Court for Baltimore City | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor   __Terra's Kitchen, LLC__                                              Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Yumkas, Vidmar, Sweeney & Mulrenin, LLC** **10211 Wincopin Circle, Suite 500** **Columbia, MD 21044** | **attorneys' fees and filing fee** | **9/23/19** | **$5,335.00** |
| | **Email or website address** **lyumkas@yvslaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor    __Terra's Kitchen, LLC_____    Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

__Name, address, telephone number, order history_____

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Terra's Kitchen, Plan ID 102672 (ADP)** | EIN:  **47-2669502** |

Has the plan been terminated?
■ No
☐ Yes

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Terra's Kitchen, LLC | Case number *(if known)* | |
|---|---|---|---|

not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Stefanie Tartaglia, VP of Finance** **32 Evans Avenue** **Timonium, MD 21093** | **5/8/17-present** |

Debtor    **Terra's Kitchen, LLC**                                          Case number *(if known)*

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.  **Feenix Venture Partners**
**777 Third Avenue, 23rd Floor**
**New York, NY 10017**

26d.2.  **Tuhaye Venture Partners**
**303 Greenwich Street**
**New York, NY 10013**

26d.3.  **Facebook**
**1601 Willow Road**
**Menlo Park, CA 94025**

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Herman Dunst** | **8/12/19** | **$9,275.00** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Herman Dunst**<br>**3380 Jennings Chapel Road**<br>**Woodbine, MD 21797** |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael McDevitt** | **1656 Chinford Trail**<br>**Annapolis, MD 21401** | **CEO/board member/preferred equity investor** | **3.59%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Brendan Connors** | **3630 Stansbury Mill Road**<br>**Phoenix, MD 21131** | **CFO/preferred equity investor** | **1.40%** |

Debtor    Terra's Kitchen, LLC _____    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John McDevitt | 608 Glenover Drive<br>Alpharetta, GA 30004 | board member/preferred equity investor | 1.02% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Brendan Connors<br>3630 Stansbury Mill Road<br>Phoenix, MD 21131** | **$12,000 salary** | **bi-weekly** | **health insurance** |
| | **Relationship to debtor**<br>**CFO** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    __Terra's Kitchen, LLC__                                    Case number *(if known)* _____

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __September 23, 2019__

__/s/ Brendan Connors__                                    __Brendan Connors__
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    __CFO__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                            Best Case Bankruptcy

| Fill in this information to identify the case: |
| :--- |

Debtor name **Terra's Kitchen, LLC**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                12/15

| Part 1: | Summary of Assets |
| :--- | :--- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
Copy line 88 from *Schedule A/B*..................................................................................    $      0.00

    1b. **Total personal property:**
Copy line 91A from *Schedule A/B*...............................................................................    $      15,141.77

    1c. **Total of all property:**
Copy line 92 from *Schedule A/B*.................................................................................    $      15,141.77

| Part 2: | Summary of Liabilities |
| :--- | :--- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $      597,272.47

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $      832.65

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$      18,702,492.40

4.  **Total liabilities** ..............................................................................................................
Lines 2 + 3a + 3b    $      19,300,597.52

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Terra's Kitchen, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF MARYLAND__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **Bank of America** | **checking** | 2616 | $366.77 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $366.77 |
|---|

### Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. Does the debtor have any accounts receivable?

■ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4: Investments

13. Does the debtor own any investments?

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Terra's Kitchen, LLC** | | Case number *(If known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| Part 5: | **Inventory, excluding agriculture assets** |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- |
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** Finished goods - frozen premade meals and smoothies | 8/12/19 | $9,275.00 | cost | $9,275.00 |
| 22. | **Other inventory or supplies** | | | | |

| 23. | **Total of Part 5.** | | $9,275.00 |
| --- | --- | --- | --- |
| | Add lines 19 through 22.  Copy the total to line 84. | | |

**24.  Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Office equipment - computer and video | $11,828.95 | cost | $2,000.00 |

| Debtor | **Terra's Kitchen, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**equipment**

---

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                                                            $2,000.00
Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **Website - www.terraskitchen.com** | Unknown | | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** **Customer list (over 50,000 customers since 2015, over 250,000 emails in customer leads database)** | Unknown | | Unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

| Debtor | **Terra's Kitchen, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

☐ No
■ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

### Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|
| **71.** **Notes receivable** Description (include name of obligor) | | |
| **72.** **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | | |
| **Tax retund pending from State of California** | Tax year **2018** | $3,500.00 |
| **73.** **Interests in insurance policies or annuities** | | |
| **74.** **Causes of action against third parties (whether or not a lawsuit has been filed)** | | |
| **75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | | |
| **76.** **Trusts, equitable or future interests in property** | | |
| **77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | | |

**78.** **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$3,500.00

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Terra's Kitchen, LLC**                                                Case number *(If known)* _____
          Name

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $366.77 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $9,275.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $3,500.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $15,141.77  + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $15,141.77 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Terra's Kitchen, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  Feenix Venture Partners**<br>Creditor's Name<br><br>**777 Third Avenue, 23rd Floor**<br>**New York, NY 10017**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**UCC filing on Terra's Kitchen brand**<br><br><br>**Describe the lien**<br><br> | $597,272.47 | Unknown |

Creditor's email address, if known

**Date debt was incurred**
**2/16/18**
**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  **$597,272.47**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Terra's Kitchen, LLC**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Illinois Department of Revenue**<br>P. O. Box 19035<br>Springfield, IL 62794 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $354.03 | $354.03 |
| Date or dates debt was incurred | Basis for the claim:<br>**sales tax** |  |  |
| Last 4 digits of account number **7258**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address<br>**State of Arkansas**<br>P. O. Box 2485<br>Little Rock, AR 72203 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $478.62 | $478.62 |
| Date or dates debt was incurred | Basis for the claim:<br>**sales tax** |  |  |
| Last 4 digits of account number **8SLS**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    40266                    Best Case Bankruptcy

| Debtor | Terra's Kitchen, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,604.00**
---|---|---|---

3180 Media Group
404 East Montgomery XRD
Savannah, GA 31406

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$155,617.45**

American Express
P. O. Box 1270
Newark, NJ 07101-1270

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1007**

Basis for the claim:  **credit card purchases**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,620.00**

Andrew Liberman
11904 Triadelphia Road
Ellicott City, MD 21042-1006

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,584.14**

Anthony Pitts
206B 66th Street
Virginia Beach, VA 23451

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

ASKing Tech LLC
822 South Main Street
Baltimore, MD 21224

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,514.97**

B E Enterprises
P. O. Box 369
Woodbine, MD 21797

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,627.90**

BING Ads-Microsoft Online, Inc.
6100 Neil Road, Suite 100
Reno, NV 89511

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1072**

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Terra's Kitchen, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address
**Bounce Exchange**
620 8th Avenue, Floor 21
New York, NY 10018

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$15,000.00**

---

**3.9** | Nonpriority creditor's name and mailing address
**Brendan Connors**
3630 Stansbury Mill Road
Phoenix, MD 21131

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **loan to business**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,627.22**

---

**3.10** | Nonpriority creditor's name and mailing address
**Brendan Connors**
3630 Stansbury Mill Road
Phoenix, MD 21131

Date(s) debt was incurred  **5/22/16**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business investment**

Is the claim subject to offset? ☐ No  ☐ Yes

**$3,241,828.00**

---

**3.11** | Nonpriority creditor's name and mailing address
**Burleigh Manor Animal Sanctuary and Eco Retreat**
3950 White Rose Way
Ellicott City, MD 21042

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,381.24**

---

**3.12** | Nonpriority creditor's name and mailing address
**C. Walker**
502 Plum Street
Vienna, VA 22180

Date(s) debt was incurred  **9/22/17**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business investment**

Is the claim subject to offset? ■ No  ☐ Yes

**$35,484.12**

---

**3.13** | Nonpriority creditor's name and mailing address
**C.H. Robinson World Wide, Inc.**
P. O. Box 9121
Minneapolis, MN 55480

Date(s) debt was incurred _
Last 4 digits of account number  **4973**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,357.00**

---

**3.14** | Nonpriority creditor's name and mailing address
**C3 Metrics, Inc.**
2 International Drive, Suite 130
Portsmouth, NH 03801

Date(s) debt was incurred _
Last 4 digits of account number  **270**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$72,000.00**

---

| Debtor | **Terra's Kitchen, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52.18**

**Canton Ace Hardware**
**1022 Binney Street**
**Baltimore, MD 21224**

Date(s) debt was incurred _

Last 4 digits of account number  **0670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,390.90**

**Canton Hardware, LLC**
**1734 14th Street NW**
**Washington, DC 20009**

Date(s) debt was incurred _

Last 4 digits of account number  **5006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease for office space**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$95,008.18**

**Capital One**
**P. O. Box 71083**
**Charlotte, NC 28272-1083**

Date(s) debt was incurred _

Last 4 digits of account number  **2820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **credit card purchases**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,470.00**

**Carlos Castillo**
**5 Dundas Court, Apt. B-3**
**Parkville, MD 21234**

Date(s) debt was incurred _

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$107,479.45**

**Carson Shearer**
**1512 Grand Willow Way**
**Raleigh, NC 27614**

Date(s) debt was incurred  **6/21/18**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business investment**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,760.00**

**Chia & Hon Photography**
**130 East 64th Street**
**Savannah, GA 31405**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,670.83**

**Consumer Acquisition LLC**
**725 Barleta Court**
**Livermore, CA 94550**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Terra's Kitchen, LLC**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Cool Mom Picks, LLC**<br>**73 Old Dublin Pike, Suite 10-343**<br>**Doylestown, PA 18902**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  trade debt<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,500.00** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**David  Dempsey**<br>**207 East 33rd Street**<br>**Savannah, GA 31401**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  trade debt<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,500.00** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**David & Sons**<br>**120 Center Square Road**<br>**Swedesboro, NJ 08085**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  trade debt<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$28,792.46** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Decision Genetics, Inc.**<br>**17810 Meeting House Road**<br>**Sandy Spring, MD 20860**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  trade debt<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,208.00** |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**DH Patterson LLC**<br>**8210 Rider Avenue**<br>**Towson, MD 21204**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  trade debt<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,600.00** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Elan**<br>**P. O. Box 790408**<br>**Saint Louis, MO 63179-0408**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  1553 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  credit card purchases<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$32,977.58** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Estelle LLC**<br>**5548 April Journey**<br>**Columbia, MD 21044**<br><br>Date(s) debt was incurred  11/2/17<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  business investment<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$19,220.63** |

Debtor  **Terra's Kitchen, LLC**

Case number (if known) _____

Name

| | |
|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Facebook**<br>**1601 Willow Road**<br>**Menlo Park, CA 94025** |
| | Date(s) debt was incurred _____ |
| | Last 4 digits of account number  **0700** |

As of the petition filing date, the claim is: Check all that apply.                    **$309,028.80**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Federal Express**<br>**3965 Airways Boulevard**<br>**Module G,4th Floor**<br>**Memphis, TN 38116** |
| | Date(s) debt was incurred _____ |
| | Last 4 digits of account number  **5353** |

As of the petition filing date, the claim is: Check all that apply.                    **$74,099.95**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Frozen Garden, LLC**<br>**315 E 316N, Unit C**<br>**Valparaiso, IN 46383** |
| | Date(s) debt was incurred _____ |
| | Last 4 digits of account number  _ |

As of the petition filing date, the claim is: Check all that apply.                    **$2,994.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Fry Communications**<br>**800 West Church Road**<br>**Mechanicsburg, PA 17055** |
| | Date(s) debt was incurred _____ |
| | Last 4 digits of account number  **6725** |

As of the petition filing date, the claim is: Check all that apply.                    **$6,739.72**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Gabe Massuda**<br>**7939 Honeygo Boulevard, Suite 111**<br>**Nottingham, MD 21236** |
| | Date(s) debt was incurred _____ |
| | Last 4 digits of account number  _ |

As of the petition filing date, the claim is: Check all that apply.                    **$5,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Galloway Creek Investments LLC**<br>**Attention: Donald Scheeler**<br>**1405 Gateshead Road**<br>**Towson, MD 21204** |
| | Date(s) debt was incurred  **10/23/17** |
| | Last 4 digits of account number  _ |

As of the petition filing date, the claim is: Check all that apply.                    **$82,796.42**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business investment**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Gloria T. Crouch**<br>**225 Main Street, Suite 306**<br>**Carbondale, CO 81623** |
| | Date(s) debt was incurred  **10/23/17** |
| | Last 4 digits of account number  _ |

As of the petition filing date, the claim is: Check all that apply.                    **$47,312.16**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business investment**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **Terra's Kitchen, LLC** |
| | Name |

Case number (if known) _____

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$291,831.28** |
|---|---|---|---|
| | **Google, Inc.**<br>**Dept. 33654**<br>**P. O. Box 39000**<br>**San Francisco, CA 94139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$140.00** |
|---|---|---|---|
| | **Grapefriend**<br>**12 West 96th Street, Apt. 9B**<br>**New York, NY 10025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$151,757.28** |
|---|---|---|---|
| | **Greenberg Traurig, LLP**<br>**2200 Ross Avenue, Suite 5200**<br>**Dallas, TX 75201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __legal fees__ | |
| | Last 4 digits of account number __0101__ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$259,000.00** |
|---|---|---|---|
| | **Guy Nailer**<br>**2500 Grays Road**<br>**Dundalk, MD 21222** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2/12/19__ | **Basis for the claim:** __business investment__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,400.00** |
|---|---|---|---|
| | **H Fields LLC**<br>**229 Northway Road**<br>**Reisterstown, MD 21136** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,368.36** |
|---|---|---|---|
| | **Herman Dunst**<br>**3380 Jennings Chapel Road**<br>**Woodbine, MD 21797** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,275.00** |
|---|---|---|---|
| | **Impact Radius, Inc.**<br>**223 East De La Guerra Street**<br>**Santa Barbara, CA 93101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Terra's Kitchen, LLC**                                                              Case number *(if known)* _____

_____
Name

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54,080.69** |
|------|---|---|---|

**Indian Ridge Provisions**
**400 Emlen Way**
**Telford, PA 18969**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number  **3722**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$887.22** |
|------|---|---|---|

**Jamie Elwood**
**9510 Honeygo Creek Court**
**Perry Hall, MD 21128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$111,025.89** |
|------|---|---|---|

**Jellyfish US Limited**
**250 South President Street, Suite 10**
**Baltimore, MD 21223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/15/19**

Basis for the claim:  **confessed judgment**

Last 4 digits of account number  **5733**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,071,506.85** |
|------|---|---|---|

**JMSJBT INV, LLC**
**222 South Hailand Avenue**
**Collingswood, NJ 08108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/11/18**

Basis for the claim:  **business investment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$94,624.48** |
|------|---|---|---|

**Kathryn Robinette**
**670 Cole Ranch Road**
**Durango, CO 81303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/14/17**

Basis for the claim:  **business investment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$103,928.77** |
|------|---|---|---|

**Kevin Lowe**
**3308 NE 38th Street**
**Fort Lauderdale, FL 33308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/23/19**

Basis for the claim:  **business investment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,475.34** |
|------|---|---|---|

**Klein Capital**
**3335 Bullfrog Road**
**Taneytown, MD 21787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/25/18**

Basis for the claim:  **business investment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Terra's Kitchen, LLC**                                    Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address**<br>**Ledbetter Packing Company**<br>**P. O. Box 1000, Dept. 405**<br>**Memphis, TN 38148**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** __2121__ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$1,707.50**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>**Lisa Davis**<br>**3950 White Rose Way**<br>**Ellicott City, MD 21042**<br><br>**Date(s) debt was incurred** __11/3/17__<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$50,269.17**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __business investment__<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.52 | **Nonpriority creditor's name and mailing address**<br>**Little Black Skillet**<br>**454 Carlin Avenue**<br>**Charleston, SC 29412**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$3,852.50**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**LS Media, Inc.**<br>**68-19 Ingram Street**<br>**Forest Hills, NY 11375**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$1,100.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Magento**<br>**3640 Holdrege Avenue**<br>**Los Angeles, CA 90016**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** __4002__ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$24,200.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Mainstar Trust**<br>**214 West 9th Street**<br>**P. O. Box 420**<br>**Onaga, KS 66521**<br><br>**Date(s) debt was incurred** __10/25/17__<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$47,312.16**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __business investment__<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**Maryland Unemployment Insurance**<br>**Department of Economic Development**<br>**P. O. Box 17291**<br>**Baltimore, MD 21203-7291**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** __2587__ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$15.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __filing fee__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Terra's Kitchen, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47,000.00** |
|---|---|---|---|

**Media IQ Digital NA**
**853 Broadway, 4th Floor**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$215,287.67** |
|---|---|---|---|

**Melissa Jiulianti**
**203 Wakefield Road**
**Richmond, VA 23221**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  6/11/18**
**Last 4 digits of account number** _

Basis for the claim:  **business investment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$558.85** |
|---|---|---|---|

**Merrill Corporation LLC**
**CM-9638**
**Saint Paul, MN 55170-9638**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  6310**

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,000.00** |
|---|---|---|---|

**Meticullosity**
**460 Doyle Avenue, Suite 201**
**Kelowna, BC V1Y 9H2**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$79,839.36** |
|---|---|---|---|

**Michael J. McDevitt**
**1758 Birdbrook Trail**
**Annapolis, MD 21401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  12/26/17**
**Last 4 digits of account number** _

Basis for the claim:  **business investment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,854.35** |
|---|---|---|---|

**Michael McDevitt**
**1656 Chinford Trail**
**Annapolis, MD 21401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **loan to business**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,911,176.00** |
|---|---|---|---|

**Michael McDevitt**
**1656 Chinford Trail**
**Annapolis, MD 21401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  1/11/17**
**Last 4 digits of account number** _

Basis for the claim:  **business investment**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Terra's Kitchen, LLC**
_____    Case number (if known) _____
Name

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,000.00 |
|---|---|---|---|

3.64 **Nonpriority creditor's name and mailing address**
**National Public Media**
**P. O. Box 414406**
**Boston, MA 02241-4406**

**Date(s) debt was incurred** _
**Last 4 digits of account number  2881**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$29,000.00

---

3.65 **Nonpriority creditor's name and mailing address**
**Optimizely**
**DEPT CH 19940**
**Palatine, IL 60055**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$12,975.00

---

3.66 **Nonpriority creditor's name and mailing address**
**Pandora**
**25601 Network Place**
**Chicago, IL 60673**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$22,695.72

---

3.67 **Nonpriority creditor's name and mailing address**
**Peter C. Sisson**
**11955 Marine View SW**
**Burien, WA 98146**

**Date(s) debt was incurred  10/20/17**
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **business investment**

Is the claim subject to offset? ■ No ☐ Yes

$47,312.16

---

3.68 **Nonpriority creditor's name and mailing address**
**Portia Dunst**
**3380 Jennings Chapel Road**
**Woodbine, MD 21797**

**Date(s) debt was incurred** _
**Last 4 digits of account number  6013**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$5,792.00

---

3.69 **Nonpriority creditor's name and mailing address**
**Printing Images**
**12266 Wilkins Avenue**
**Rockville, MD 20852**

**Date(s) debt was incurred** _
**Last 4 digits of account number  0679**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$18,772.25

---

3.70 **Nonpriority creditor's name and mailing address**
**Proper Sky**
**100 South Keswick Avenue**
**Glenside, PA 19038**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,673.50

| Debtor | Terra's Kitchen, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,500.00 |
|---|---|---|---|

**PSA Insurance & Financial Services**
**11311 McCormick Road, Suite 500**
**Hunt Valley, MD 21031**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,913.28 |
|---|---|---|---|

**Quixotic Farming**
**5350 College Boulevard**
**Overland Park, KS 66212**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $102,466.75 |
|---|---|---|---|

**Rastelli Foods Group**
**300 Heron Drive**
**Sicklerville, NJ 08081**

Date(s) debt was incurred _

Last 4 digits of account number  **0125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $108,475.03 |
|---|---|---|---|

**Red Velvet Partners, Inc.**
**546 East Harris Street**
**Savannah, GA 31401**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $589.05 |
|---|---|---|---|

**RLS Logistics**
**2185 Main Road**
**Newfield, NJ 08344**

Date(s) debt was incurred _

Last 4 digits of account number  **TERBAL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,290.54 |
|---|---|---|---|

**Salty Girl Seafood**
**P. O. Box 6557**
**Santa Barbara, CA 93110**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,000.00 |
|---|---|---|---|

**SHIFT**
**1407 Fleet Street, Suite 200**
**Baltimore, MD 21231**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Terra's Kitchen, LLC**                                      Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,053,780.82** |

3.78  **Nonpriority creditor's name and mailing address**

**Sinclair Broadcasting**
**170 Lake Front Drive**
**Cockeysville, MD 21030**

Date(s) debt was incurred  **6/11/18**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*      **$1,053,780.82**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business investment**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.79  **Nonpriority creditor's name and mailing address**

**Solve LLC**
**5287 East Rolling Creek Drive**
**Cave Creek, AZ 85331**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*      **$2,726.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.80  **Nonpriority creditor's name and mailing address**

**State of California**
**Franchise Tax Board**
**P. O. Box 942857**
**Sacramento, CA 94257-0511**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*      **$845.47**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **fees and interest**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.81  **Nonpriority creditor's name and mailing address**

**Stefanie Tartaglia**
**32 Evans Avenue**
**Timonium, MD 21093**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*      **$50.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.82  **Nonpriority creditor's name and mailing address**

**Sugar Lakes Foundation**
**225 Main Street, Suite 306**
**Carbondale, CO 81623**

Date(s) debt was incurred  **10/23/17**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*      **$141,936.64**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business investment**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.83  **Nonpriority creditor's name and mailing address**

**T Squared Advertising LLC**
**3545 Waterchase Way W**
**Jacksonville, FL 32224**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*      **$18,956.23**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.84  **Nonpriority creditor's name and mailing address**

**Tandem Legal Group LLC**
**829 7th Street NW**
**Washington, DC 20001**

Date(s) debt was incurred  __

Last 4 digits of account number  **5020**

As of the petition filing date, the claim is: *Check all that apply.*      **$23,400.65**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **legal fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Terra's Kitchen, LLC**                                    Case number *(if known)* _____
_____
Name

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,174.00 |
|---|---|---|---|

**Tannaz Brucht**
**5328 East Barwick Drive**
**Cave Creek, AZ 85331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,100.00 |
|---|---|---|---|

**Teamify**
**c/o Clearvision**
**2401 Walnut Street, Suite 102**
**Philadelphia, PA 19103-4341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $530,164.38 |
|---|---|---|---|

**Terri Miller**
**1402 NW 304th Circle**
**Ridgefield, WA 98642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/17/18**

Last 4 digits of account number _

Basis for the claim:  **business investment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,658.37 |
|---|---|---|---|

**The Coastal Companies**
**9001 Whiskey Bottom Road**
**Laurel, MD 20723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0259**

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,051.12 |
|---|---|---|---|

**The Good Kitchen**
**401 Hawthorne Lane, Suite 110-293**
**Charlotte, NC 28204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,600.62 |
|---|---|---|---|

**The Hartford**
**P. O. Box 660916**
**Dallas, TX 75266-0916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5488**

Basis for the claim:  **insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,348.45 |
|---|---|---|---|

**ThermoPod**
**3928 McGregor Court**
**Mobile, AL 36608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Terra's Kitchen, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.92** | Nonpriority creditor's name and mailing address
**Thought Stamp**
305 Dyches Drive
Savannah, GA 31406

Date(s) debt was incurred _
Last 4 digits of account number **1318**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.93** | Nonpriority creditor's name and mailing address
**Trust Pilot Inc.**
245 5th Avenue, Fourth Floor
New York, NY 10016

Date(s) debt was incurred _
Last 4 digits of account number **4661**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,500.00**

---

**3.94** | Nonpriority creditor's name and mailing address
**Tuhaye Venture Partners**
303 Greenwich Street
New York, NY 10013

Date(s) debt was incurred **7/20/16**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business investment**

Is the claim subject to offset? ■ No ☐ Yes

**$3,283,804.11**

---

**3.95** | Nonpriority creditor's name and mailing address
**United Healthcare**
c/o UHS Premium Billing
P. O. Box 94017
Palatine, IL 60094

Date(s) debt was incurred _
Last 4 digits of account number **3233**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,532.40**

---

**3.96** | Nonpriority creditor's name and mailing address
**United Parcel Service**
P. O. Box 7247-0244
Philadelphia, PA 19170-0001

Date(s) debt was incurred _
Last 4 digits of account number **1192**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$42,358.68**

---

**3.97** | Nonpriority creditor's name and mailing address
**Venco Video, Inc.**
313 Arch Street, Suite 202
Philadelphia, PA 19106

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,733.27**

---

**3.98** | Nonpriority creditor's name and mailing address
**Windstream**
P. O. Box 9001013
Louisville, KY 40290

Date(s) debt was incurred _
Last 4 digits of account number **5912**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,444.89**

---

Debtor   **Terra's Kitchen, LLC**                                               Case number *(if known)* _____
         Name

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Winter Marketing Inc.**
**3618 154th Street**
**Surrey BC V3Z 0H3**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,000.00** |
|---|---|---|---|

**Zog Media, Inc.**
**11201 North Tatum Boulevard, Suite 200**
**Phoenix, AZ 85028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Eric R. Harlan, Esquire** **Shapiro Sher Guinot & Sandler** **250 West Pratt Street, Suite 2000** **Baltimore, MD 21201** | Line  **3.45** ☐ Not listed. Explain ____ | _ |
| 4.2 | **Jellyfish Online Marketing** **729 East Pratt Street, Suite 600-690** **Baltimore, MD 21202** | Line  **3.45** ☐ Not listed. Explain ____ | _ |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $              832.65 |
| **5b. Total claims from Part 2** | 5b. + | $       18,702,492.40 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $      18,703,325.05 |

**Fill in this information to identify the case:**

Debtor name   **Terra's Kitchen, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **lease for corporate office** |
| State the term remaining | |
| List the contract number of any government contract | **Canton Hardware, LLC**<br>**1734 14th Street NW**<br>**Washington, DC 20009** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Terra's Kitchen, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF MARYLAND</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 **Brendan Connors** | **3630 Stansbury Mill Road Phoenix, MD 21131** | | **Capital One** | ☐ D _____ ■ E/F __3.17__ ☐ G _____ |
| 2.2 **Brendan Connors** | **3630 Stansbury Mill Road Phoenix, MD 21131** | | **Elan** | ☐ D _____ ■ E/F __3.27__ ☐ G _____ |
| 2.3 **Michael McDevitt** | **1656 Chinford Trail Annapolis, MD 21401** | | **American Express** | ☐ D _____ ■ E/F __3.2__ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Terra's Kitchen, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 23, 2019**        X **/s/ Brendan Connors**
                                                Signature of individual signing on behalf of debtor

                                            **Brendan Connors**
                                            Printed name

                                            **CFO**
                                            Position or relationship to debtor

# United States Bankruptcy Court
## District of Maryland

In re    **Terra's Kitchen, LLC**                                                   Case No. _____
                                        Debtor(s)                    Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the

best of my knowledge.

Date:    **September 23, 2019**                          **/s/ Brendan Connors**
                                                         **Brendan Connors**/**CFO**
                                                         Signer/Title

3180 Media Group
404 East Montgomery XRD
Savannah, GA 31406


American Express
P. O. Box 1270
Newark, NJ 07101-1270


Andrew Liberman
11904 Triadelphia Road
Ellicott City, MD 21042-1006


Anthony Pitts
206B 66th Street
Virginia Beach, VA 23451


ASKing Tech LLC
822 South Main Street
Baltimore, MD 21224


B E Enterprises
P. O. Box 369
Woodbine, MD 21797


BING Ads-Microsoft Online, Inc.
6100 Neil Road, Suite 100
Reno, NV 89511


Bounce Exchange
620 8th Avenue, Floor 21
New York, NY 10018


Brendan Connors
3630 Stansbury Mill Road
Phoenix, MD 21131

Burleigh Manor Animal Sanctuary
and Eco Retreat
3950 White Rose Way
Ellicott City, MD 21042


C. Walker
502 Plum Street
Vienna, VA 22180


C.H. Robinson World Wide, Inc.
P. O. Box 9121
Minneapolis, MN 55480


C3 Metrics, Inc.
2 International Drive, Suite 130
Portsmouth, NH 03801


Canton Ace Hardware
1022 Binney Street
Baltimore, MD 21224


Canton Hardware, LLC
1734 14th Street NW
Washington, DC 20009


Capital One
P. O. Box 71083
Charlotte, NC 28272-1083


Carlos Castillo
5 Dundas Court, Apt. B-3
Parkville, MD 21234


Carson Shearer
1512 Grand Willow Way
Raleigh, NC 27614

Chia & Hon Photography
130 East 64th Street
Savannah, GA 31405


Consumer Acquisition LLC
725 Barleta Court
Livermore, CA 94550


Cool Mom Picks, LLC
73 Old Dublin Pike, Suite 10-343
Doylestown, PA 18902


David  Dempsey
207 East 33rd Street
Savannah, GA 31401


David & Sons
120 Center Square Road
Swedesboro, NJ 08085


Decision Genetics, Inc.
17810 Meeting House Road
Sandy Spring, MD 20860


DH Patterson LLC
8210 Rider Avenue
Towson, MD 21204


Elan
P. O. Box 790408
Saint Louis, MO 63179-0408


Eric R. Harlan, Esquire
Shapiro Sher Guinot & Sandler
250 West Pratt Street, Suite 2000
Baltimore, MD 21201

Estelle LLC
5548 April Journey
Columbia, MD 21044


Facebook
1601 Willow Road

Menlo Park, CA 94025


Federal Express
3965 Airways Boulevard
Module G,4th Floor
Memphis, TN 38116


Feenix Venture Partners
777 Third Avenue, 23rd Floor
New York, NY 10017


Frozen Garden, LLC
315 E 316N, Unit C
Valparaiso, IN 46383


Fry Communications
800 West Church Road
Mechanicsburg, PA 17055


Gabe Massuda
7939 Honeygo Boulevard, Suite 111
Nottingham, MD 21236


Galloway Creek Investments LLC
Attention: Donald Scheeler
1405 Gateshead Road
Towson, MD 21204


Gloria T. Crouch
225 Main Street, Suite 306
Carbondale, CO 81623

Google, Inc.
Dept. 33654
P. O. Box 39000
San Francisco, CA 94139


Grapefriend
12 West 96th Street, Apt. 9B
New York, NY 10025


Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201


Guy Nailer
2500 Grays Road
Dundalk, MD 21222


H Fields LLC
229 Northway Road
Reisterstown, MD 21136


Herman Dunst
3380 Jennings Chapel Road
Woodbine, MD 21797


Illinois Department of Revenue
P. O. Box 19035
Springfield, IL 62794


Impact Radius, Inc.
223 East De La Guerra Street
Santa Barbara, CA 93101


Indian Ridge Provisions
400 Emlen Way
Telford, PA 18969

Jamie Elwood
9510 Honeygo Creek Court
Perry Hall, MD 21128


Jellyfish Online Marketing
729 East Pratt Street, Suite 600-690
Baltimore, MD 21202


Jellyfish US Limited
250 South President Street, Suite 10
Baltimore, MD 21223


JMSJBT INV, LLC
222 South Hailand Avenue
Collingswood, NJ 08108


Kathryn Robinette
670 Cole Ranch Road
Durango, CO 81303


Kevin Lowe
3308 NE 38th Street
Fort Lauderdale, FL 33308


Klein Capital
3335 Bullfrog Road
Taneytown, MD 21787


Ledbetter Packing Company
P. O. Box 1000, Dept. 405
Memphis, TN 38148


Lisa Davis
3950 White Rose Way
Ellicott City, MD 21042

Little Black Skillet
454 Carlin Avenue
Charleston, SC 29412


LS Media, Inc.
68-19 Ingram Street
Forest Hills, NY 11375


Magento
3640 Holdrege Avenue
Los Angeles, CA 90016


Mainstar Trust
214 West 9th Street
P. O. Box 420
Onaga, KS 66521


Maryland Unemployment Insurance
Department of Economic Development
P. O. Box 17291
Baltimore, MD 21203-7291


Media IQ Digital NA
853 Broadway, 4th Floor
New York, NY 10003


Melissa Jiulianti
203 Wakefield Road
Richmond, VA 23221


Merrill Corporation LLC
CM-9638
Saint Paul, MN 55170-9638


Meticullosity
460 Doyle Avenue, Suite 201
Kelowna, BC V1Y 9H2

Michael J. McDevitt
1758 Birdbrook Trail
Annapolis, MD 21401


Michael McDevitt
1656 Chinford Trail
Annapolis, MD 21401


National Public Media
P. O. Box 414406
Boston, MA 02241-4406


Optimizely
DEPT CH 19940
Palatine, IL 60055


Pandora
25601 Network Place
Chicago, IL 60673


Peter C. Sisson
11955 Marine View SW
Burien, WA 98146


Portia Dunst
3380 Jennings Chapel Road
Woodbine, MD 21797


Printing Images
12266 Wilkins Avenue
Rockville, MD 20852


Proper Sky
100 South Keswick Avenue
Glenside, PA 19038

PSA Insurance & Financial Services
11311 McCormick Road, Suite 500
Hunt Valley, MD 21031


Quixotic Farming
5350 College Boulevard
Overland Park, KS 66212


Rastelli Foods Group
300 Heron Drive
Sicklerville, NJ 08081


Red Velvet Partners, Inc.
546 East Harris Street
Savannah, GA 31401


RLS Logistics
2185 Main Road
Newfield, NJ 08344


Salty Girl Seafood
P. O. Box 6557
Santa Barbara, CA 93110


SHIFT
1407 Fleet Street, Suite 200
Baltimore, MD 21231


Sinclair Broadcasting
170 Lake Front Drive
Cockeysville, MD 21030


Solve LLC
5287 East Rolling Creek Drive
Cave Creek, AZ 85331

State of Arkansas
P. O. Box 2485
Little Rock, AR 72203


State of California
Franchise Tax Board
P. O. Box 942857
Sacramento, CA 94257-0511


Stefanie Tartaglia
32 Evans Avenue
Timonium, MD 21093


Sugar Lakes Foundation
225 Main Street, Suite 306
Carbondale, CO 81623


T Squared Advertising LLC
3545 Waterchase Way W
Jacksonville, FL 32224


Tandem Legal Group LLC
829 7th Street NW
Washington, DC 20001


Tannaz Brucht
5328 East Barwick Drive
Cave Creek, AZ 85331


Teamify
c/o Clearvision
2401 Walnut Street, Suite 102
Philadelphia, PA 19103-4341


Terri Miller
1402 NW 304th Circle
Ridgefield, WA 98642

The Coastal Companies
9001 Whiskey Bottom Road
Laurel, MD 20723


The Good Kitchen
401 Hawthorne Lane, Suite 110-293
Charlotte, NC 28204


The Hartford
P. O. Box 660916
Dallas, TX 75266-0916


ThermoPod
3928 McGregor Court
Mobile, AL 36608


Thought Stamp
305 Dyches Drive
Savannah, GA 31406


Trust Pilot Inc.
245 5th Avenue, Fourth Floor
New York, NY 10016


Tuhaye Venture Partners
303 Greenwich Street
New York, NY 10013


United Healthcare
c/o UHS Premium Billing
P. O. Box 94017
Palatine, IL 60094


United Parcel Service
P. O. Box 7247-0244
Philadelphia, PA 19170-0001

Venco Video, Inc.
313 Arch Street, Suite 202
Philadelphia, PA 19106


Windtstream
P. O. Box 9001013
Louisville, KY 40290


Winter Marketing Inc.
3618 154th Street
Surrey BC V3Z 0H3
Canada


Zog Media, Inc.
11201 North Tatum Boulevard, Suite 200
Phoenix, AZ 85028

# United States Bankruptcy Court
## District of Maryland

In re    **Terra's Kitchen, LLC**
_____
Debtor(s)

Case No. _____
Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Terra's Kitchen, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 23, 2019**
_____
Date

**/s/ Lawrence J. Yumkas**
_____
**Lawrence J. Yumkas 06357**
Signature of Attorney or Litigant
Counsel for   **Terra's Kitchen, LLC**
**Yumkas, Vidmar, Sweeney & Mulrenin, LLC**
**10211 Wincopin Circle, Suite 500**
**Columbia, MD 21044**
**(443) 569-0758 Fax:(410) 571-2798**
**lyumkas@yvslaw.com**